UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOHN F. SPECIAL, on behalf of himself and all others similarly situated,

      Plaintiff,

vs.

AMARANTH ADVISORS, L.L.C., AMARANTH LLC, AMARANTH GROUP INC., AMARANTH INTERNATIONAL LIMITED, AMARANTH PARTNERS LLC, AMARANTH CAPITAL PARTNERS LLC, AMARANTH ADVISORS (CALGARY) ULC, NICHOLAS M. MAOUNIS, BRIAN HUNTER, MATTHEW DONOHOE, ALX ENERGY, INC., JAMES DeLUCIA, J.P. MORGAN FUTURES, INC., and J.P. MORGAN CHASE & CO.,

      Defendants.

------------------------------------------------------------ x

NO. 07 CV 7181 (UA)

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory S. Asciolla of the law firm Labaton Sucharow & Rudoff LLP, 100 Park Avenue, 12th Floor, New York, NY, 10017, hereby appears as additional counsel of record for Plaintiff John F. Special in this case.

I certify that I am admitted to practice in this Court.

Dated: August 23, 2007
   New York, New York

Respectfully submitted,

LABATON SUCHAROW & RUDOFF LLP

By: /s/ Gregory S. Asciolla
    Gregory S. Asciolla (GA-2222)
    100 Park Avenue
    New York, NY 10017
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477

*Additional Counsel for Plaintiff John F. Special*