UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHN F. SPECIAL, on behalf of himself and all )
others similarly situated, )
)
                       Plaintiff, )
)
    vs. )   NO. 07 CV 7181 (UA)
)
AMARANTH ADVISORS, L.L.C., AMARANTH )   **JURY TRIAL DEMANDED**
LLC, AMARANTH GROUP INC., AMARANTH )
INTERNATIONAL LIMITED, AMARANTH )
PARTNERS LLC, AMARANTH CAPITAL )
PARTNERS LLC, AMARANTH ADVISORS )
(CALGARY) ULC, NICHOLAS M. MAOUNIS, )
BRIAN HUNTER, MATTHEW DONOHOE, ALX )
ENERGY, INC., JAMES DeLUCIA, J.P. MORGAN )
FUTURES, INC., and J.P. MORGAN CHASE & )
CO., )
)
                       Defendants. )
)
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bernard Persky of the law firm Labaton Sucharow & Rudoff LLP, 100 Park Avenue, 12th Floor, New York, NY, 10017, hereby appears as additional counsel of record for Plaintiff John F. Special in this case.

I certify that I am admitted to practice in this Court.

Dated: August 23, 2007
      New York, New York

Respectfully submitted,

LABATON SUCHAROW & RUDOFF LLP

By: /s/ Bernard Persky
    Bernard Persky (BP-1072)
    100 Park Avenue
    New York, NY 10017
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477

*Additional Counsel for Plaintiff John F. Special*