Our File # 28446
Client File #

UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT
OF NEW YORK

Index #  07CIV 7181
Date of Filing  8/10/07

JOHN F. SPECIAL, on behalf of himself and all others similarly situated

*Plaintiff*

**AFFIDAVIT OF SERVICE**

*against*

AMARANTH ADVISORS, L.L.C. ET AL

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER  ss: JEFFREY EAKLEY The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on AUGUST 22 2007 at 11:10AM., at 1 AMERICAN LANE, GREENWICH, CT 06831
Deponent served the within
SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED
☒ Papers served had endorsed thereon index # and date of filing
On AMARANTH ADVISORS (CALGARY) ULC

☐ **Individual** — by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation**  ☐ Religious Entity  ☐ Government Entity  ☐ Law Office  ☐ Medical Facility  ☐ Partnership  ☐ Other
by delivering thereat a true copy of each to ALLEN MATANO, ASSISTANT GENERAL COUNSEL .
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

☐ **Suitable Age Person** — by delivering thereat a true copy *of each to* a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business  ☐ dwelling place  ☐ usual place of abode  ☐ last known address
within the state. Person spoken to verified that defendant actually resides/is employed at these premises.

☐ **Affixing To Door** — by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business  ☐ dwelling place
☐ last known address---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there:  Address Confirmed by

☐ **Mailing** — On  deponent enclosed a copy of same in first class envelope properly addressed to recipient's last known
☐ Residence  ☐ Business at:
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
The envelope was placed in an official depository under the exclusive care and custody of the U.S. Postal Service.

☒ **Description**
☒ Male  ☐ White Skin  ☒ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
☒ White/Asian  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.
☐ Bald
Other identifying features:

☐ **Fees** — At the time of said service, deponent paid (tendered) in advance $    the authorized traveling expenses and one day's witness fee.

☐ **Military** — Defendant in the above entitled action. In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said Defendant is not in the military service at the present time.

Sworn to before me on
August 23, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

JEFFREY EAKLEY