Form 27 - GENERAL PURPOSE

LOWEY, DANNENBERG, BEMPORAD SELINGER
ATTN: KATHERINE M. VOGEL
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY
------------------------------------------------

JOHN F. SPECIAL ON BEHALF OF HIMSELF       plaintiff         Index No. **07-CIV-7181**
AND ALL OTHERS SIMILARY SITUATED
                                                             Date Filed  . . . . . . . . . . .
            - against -
                                                             Office No.
AMARANTH ADVISORS, L.L.C. ETAL             defendant
                                                             Court Date:   /  /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK                        :SS:

**STEVE AVERY**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **27th  day of August, 2007**    at  **12:55 PM.**,                at
   **%UNITED STATES CORPORATION COMPANY, 80 STATE
   STREET, ALBANY, NY 12207**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **J.P. MORGAN FUTURES INC.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **KEVIN VOHNOUTKA, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **MALE**         COLOR: **WHITE**         HAIR: **BROWN**
      APP. AGE: **30**      APP. HT: **6:1**         APP. WT: **170**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
29th  day of  August, 2007k


KENNETH WISSNER                              STEVE AVERY
Notary Public, State of New York             AETNA  CENTRAL  JUDICIAL  SERVICES
   No. 01WI4714130                           225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                 NEW YORK, NY, 10007
Commission Expires 03/30/2010                Reference No: 7LDBB59041