Form 27 - GENERAL PURPOSE

    LOWEY, DANNENBERG, BEMPORAD SELINGER
    ATTN: KATHERINE M. VOGEL

U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

------------------------------------------------

JOHN F. SPECIAL ON BEHALF OF HIMSELF    plaintiff
AND ALL OTHERS SIMILARY SITUATED
                - against -

AMARANTH ADVISORS, L.L.C. ETAL    defendant

Index No. **07-CIV-7181**

Date Filed ............

Office No.

Court Date:  / /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **20th day of August, 2007** at **10:10 AM.,** at
    **%CT CORPORATION SYSTEM, (REGISTERED AGENT)**
    **111 8TH AVE, NEW YORK, NY**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **JP MORGAN CHASE & CO.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **NORA DINDYAL, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BLACK**
    APP. AGE: **45**    APP. HT: **5:6**    APP. WT: **140**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
22nd day of August, 2007k

KENNETH WISSNER
Notary Public State of New York
    No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7LDBB59042