UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To: All Actions

MASTER FILE
NO. 07-CV-6377 (SAS)



## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties, through counsel, have conferred and agreed upon the filing by plaintiffs of a Corrected Consolidated Class Action Complaint and adjustment of the briefing schedule on any motion(s) to dismiss accordingly;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their counsel as follows:

1. Plaintiffs shall serve and file a Corrected Consolidated Class Action Complaint on or before February 14, 2008.

2. Defendants shall serve and file any motion(s) to dismiss on or before April 14, 2008.

3. Plaintiffs shall serve and file their papers in opposition to defendants' motion(s) to dismiss on or before May 30, 2008.

4. Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before June 30, 2008.

{2026 / STIP / 00084282.DOC v1}

Dated: February 13, 2008

                          LOUIS F. BURKE, P.C.

By: *Louis Burke* (VB)
Louis F. Burke (LB 4686)
460 Park Avenue, 21ST Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (fax)

Christopher Lovell (CL 2595)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

Vincent Briganti (VB 1497)
Geoffrey M. Horn (GH 4179)
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0032 (fax)

*Co-Lead Counsel for Plaintiffs*

Dated: February 14, 2008

                          HELLER EHRMAN LLP

By: *Geoffrey F Aronow* (UD)
Geoffrey F. Aronow
1717 Rhode Island Avenue NW
Washington, D.C. 20036-3023
(202) 912-2000
(202) 912-2020 (fax)

*Attorneys for Defendant Nicholas M. Maounis*

Dated: February 13, 2008

                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

                                By: /s/ Daniel J. Toal

                                Eric S. Goldstein
                                Daniel J. Toal
                                1285 Avenue of the Americas
                                New York, NY 10019
                                (212) 373-3000
                                (212) 757-3990 (fax)

                                *Attorneys for Defendant J. P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Dated: February 13, 2008

                                WINSTON & STRAWN LLP

                                By: /s/ Stephen Senderowitz
                                Stephen Senderowitz
                                200 Park Avenue
                                New York, NY 10166
                                (212) 294-6700
                                (212) 294-4700 (fax)

                                *Attorneys for Defendant Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

Dated: February 14, 2008

                                DAVIS POLK & WARDWELL

                                By: /s/ Amelia T.R. Starr
                                Amelia T.R. Starr
                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 450-4516
                                (212) 450-3516 (fax)

                                *Attorneys for Defendant Amaranth L.L.C.*

Dated: February 13, 2008

SHEARMAN & STERLING LLP

By: _____
Adam Hakki
599 Lexington Avenue 10022
New York, New York
(212) 848-4000
(212) 848-7179 (fax)

*Attorneys for Defendant Amaranth International Limited*

Dated: February 1⁄, 2008

KOBRE & KIM LLP

By: _____
Michael S. Kim
800 Third Avenue
New York, New York 10022
(212) 488-1200
(212) 488-1220 (fax)

*Attorneys for Defendant Brian Hunter*

Dated: February 13, 2008

SIMPSON THACHER & BARTLETT LLP

By: _____
Mark J. Stein
425 Lexington Avenue
New York, New York 10017
(212) 455-2310
(212) 455-2502

*Attorneys for Defendant Matthew Donohoe*

{2026 / STIP / 00084282.DOC v1}   4

SO ORDERED this ___ day of February___, 2008.

_____
SHIRA A SCHEINDLIN, U.S.D.J.