UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS : MASTER FILE
COMMODITIES LITIGATION : NO: 07 CV-6377
:
This Document Relates To: : [~~PROPOSED~~] ORDER FOR ADMISSION
: PRO HAC VICE
ALL ACTIONS : ON WRITTEN MOTION

Upon the motion of Richard S. Goldstein, attorney for defendant Nicholas M. Maounis in the above-captioned cases,

**IT IS HEREBY ORDERED** that

    Applicant's Name: Thomas S. Kimbrell

    Firm Name: Heller Ehrman LLP

    Address: 1717 Rhode Island Avenue, N.W.

    City/State/Zip: Washington, D.C., 20036-3023

    Telephone/Fax: 202-912-2604/202-912-2020

    Email Address: Tom.Kimbrell@hellerehrman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

is admitted to practice *pro hac vice* as counsel for defendant Nicholas M. Maounis in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 3/17/08
New York, New York

                                                  _____
                                                United States District Judge

FOR OFFICE USE ONLY  FEE PAID $        SDNY RECEIPT#

NY 788611 v1