AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

In Re: Amaranth Natural Gas
Commodities Ligitation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

| 3/25/2008 | *Amelia T.R. Starr* (signature) |
| Date | Signature |

| Amelia T. R. Starr | AS 2286 |
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
| City | State | Zip Code |

| (212) 450-4516 | (212) 450-3516 |
| Phone Number | Fax Number |