AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

In Re: Amaranth Natural
Gas Commodities Litigation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

_March 24, 2008_
Date

_[signature] Frederick_
Signature

Dharma Betancourt Frederick                    DF 1821
Print Name                                     Bar Number

450 Lexington Avenue
Address

New York           NY            10017
City               State         Zip Code

(212) 450-4116           (212) 450-3116
Phone Number             Fax Number