AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

In Re: Amaranth Natural
Gas Commodities Ligitaion

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

March 24, 2008
Date

Signature

Sheldon L. Pollock III          SP 8696
Print Name                      Bar Number

450 Lexington Avenue
Address

New York          NY          10017
City              State        Zip Code

(212) 450-4956        (212) 450-3956
Phone Number          Fax Number