UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

|  |  |  |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODIITES LITIGATION | : | Electronically Filed |
| This Document Relates to: | : | Master File No.: 07 Civ. 6377 (SAS) |
| ALL ACTIONS | : |  |

------------------------------------

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT AMARANTH CAPITAL PARTNERS LLC

Defendant Amaranth Capital Partners LLC ("ACP") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that is a Delaware limited liability company that does not have a parent corporation. No publicly held corporation owns a 10 percent or greater interest in ACP.

Dated: New York, New York
       April 10, 2008

Respectfully submitted,
**WINSTON & STRAWN LLP**
By: /s/ David E. Mollón
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
dmollon@winston.com
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
Gretchen A. Vetter
ssenderowitz@winston.com
kgrisius@winston.com
gvetter@winston.com

35 West Wacker Drive

Chicago, IL  60601
(312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC*

2

CHI:2040963.1