**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                    :

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION                              :          **Electronically Filed**

**This Document Relates to:**                       :          **Master File No.: 07 Civ. 6377 (SAS)**

**ALL ACTIONS**                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**DECLARATION OF DAVID E. MOLLÓN**</u>

I, DAVID E. MOLLÓN declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of Winston & Strawn LLP, counsel of record for Defendants

Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., and

Amaranth Management Limited Partnership in this action.  I submit this Declaration in support

of the Memorandum of Law in Support of Motion to Dismiss the Corrected Consolidated Class

Action Complaint by Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary)

ULC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Nicholas

Maounis.

2.      Attached hereto as Exhibit A is a true and correct copy of AALLC_REG0684055

through AALLC_REG0684056, an instant message between Brian Hunter and Matthew

Donohoe dated February 23, 2006.

3.      Attached hereto as Exhibit B is a true and correct copy of AALLC_REG0684186

through AALLC_REG0684187, an instant message between Brian Hunter and Matthew

Donohoe dated February 24, 2006.

4.      Attached hereto as Exhibit C is a true and correct copy of through

AALLC_REG0704931 through AALLC_REG0704932, an instant message between Brian

Hunter and Matthew Donohoe dated February 24, 2006.

5.      Attached hereto as Exhibit D is a true and correct copy of *In re Richardson Sec.,*

*Inc.*, Comm. Fut. L. Rep. (CCH) 21,145 (CFTC Jan. 27, 1981).

6.      I declare under penalty of perjury that the foregoing is true and accurate to the

best of my knowledge and belief.

Dated: New York, New York
       June 23, 2008


                                        /s/ David E. Mollón
                                    _____
                                        DAVID E. MOLLÓN