**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates to:

ALL ACTIONS
------------------------------------- x

Master File No.: 07 Civ. 6377 (SAS)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON ORAL MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

Upon the oral motion of David E. Mollón, attorney for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth Management Limited Partnership, Amaranth Capital Partners LLC and Amaranth Partners LLC (collectively "Amaranth");

**IT IS HEREBY ORDERED** that

> Stephen J. Senderowitz
> Kristen Victoria Grisius
> Winston & Strawn LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703
> (T) (312) 558-5600
> (F) (312) 558-5700
> ssenderowitz@winston.com

are admitted to practice *pro hac vice* as counsel for Amaranth in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall file a certificate of good standing and forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       July 7, 2008

_____
United States District Judge

NY:1188879.1