USDC SDNY
DOCUMENT

8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To:

   ALL ACTIONS
-----------------------------------------------------------x

Master File No. 07 Civ. 6377 (SAS)

ECF Case

[PROPOSED] ORDER GRANTING
WITHDRAWAL OF ANDREW
LEVINE

WHEREAS, Heller Ehrman LLP is counsel for defendant Nicholas M. Maounis in the above-captioned matter; and

WHEREAS, Andrew Levine, Esq. is currently listed as an attorney of record for Mr. Maounis in the above-captioned matter; and

WHEREAS, Andrew Levine, Esq. is no longer affiliated with Heller Ehrman LLP; and

WHEREAS, this matter is not on the trial calendar; and

WHEREAS, Richard S. Goldstein, Esq. of Heller Ehrman LLP and Geoffrey F. Aronow of Bingham McCutchen LLP also are attorneys of record for Mr. Maounis in the above-captioned matter and will continue in such capacity;

THEREFORE, the application for the withdrawal of Andrew Levine, Esq. as an attorney of record for Nicholas M. Maounis in the above-captioned manner is granted. The Docket Clerk is directed to remove Mr. Levine's name as an attorney of record in the above-captioned matter.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
SHIRA A. SCHEINDLIN
United States District Judge